USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENT E. LOVE,

                Plaintiff,

-against-

MT. SINAI WEST HOSPITAL; DEVIN SULLIVAN; ANN McNICHOLAS; LAUREN WEISS,

                Defendants.

1:19-CV-10522 (ALC)

ORDER OF SERVICE

---

ANDREW L. CARTER, JR., United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the relevant fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Mt. Sinai West Hospital, Devin Sullivan, Ann McNicholas, and Lauren Weiss. Plaintiff is directed to serve a summons and the complaint on each defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is also directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   February 6, 2020
          New York, New York

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge