```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
VINCENT E. LOVE,                                                :
                                                                :
                    **Plaintiff,**                    :
                                                                :    **19-CV-10522 (ALC)**
      -against-                                             :
                                                                :    **ORDER OF DISMISSAL**
MT. SINAI WEST HOSPITAL, ET AL.                                 :
                                                                :
                    **Defendants.**                   :
                                                                :
                                                                :
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      On October 28, 2020, the Court ordered Plaintiff to show cause by November 12, 2020, as to why this action should not be dismissed without prejudice pursuant to Rule 4(m) for failure to serve. FED. R. CIV. P. 4(m). Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to serve.

      The Clerk of Court is further directed to mail a copy of this order to Plaintiff and close this case.

**SO ORDERED.**

**Dated:**    **January 7, 2021**
            **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**